F. L. LEBEAU, INC., Appellant, v. PAUL BALME, Respondent.— Judgment and order affirmed, with costs, on authority of Prince Mfg. Co. v. Prince's M. P. Co. (135 N. Y. 24). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HYMAN WITTNER, Respondent, v. P. & D. PUBLISHING COMPANY (a Domestic Corporation), Appellant.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within ten days on payment of said costs and the costs awarded to plaintiff by the orders appealed from. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIMON GULACK, Respondent, v. ISAAC O. SCHIFF and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Petition of JOHN C. BREMER for the Intermediate Judicial Settlement of the Account of JOHN C. BREMER, as Trustee of the Trust Contained in the " Fourth " Paragraph of the Last Will and Testament of JOHN H. BREMER, Deceased, Appellant. JOHANNA W. MEINECKE, Substituted Trustee, etc., Respondent.— Decree so far as appealed from affirmed, with costs to respondent payable out of the estate. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE W. KYLE, Respondent, v. GERSETA CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BERTHA CHYSKY, Respondent, v. DRAKE BROTHERS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE CITY OF NEW YORK, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JACOB GERSCHLAK, Respondent, v. HARRIS ZIMMERMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of SHIMA & Co., LTD., Respondent, for an Order Directing that Arbitration Proceed between SHIMA & Co., LTD., and THE PIERCE COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISAAC J. AMDUR, Respondent, v. SPOTSWOOD D. BOWERS, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NATHAN GOLDBLATT, Respondent, v. ANSONIA STORAGE WAREHOUSE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELIZABETH K. DOOLING, Appellant, v. THOMAS J. DRENNAN, as Fire Commissioner of the City of New York and as a Member of the Board of Standards and Appeals of the City of New York, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.